UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 19, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRITTANY ALEXANDRIA MAUNAKEA,

Defendant.

Case No. 2:17-cr-00060-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release BRITTANY ALEXANDRIA MAUNAKEA ,

Case No. 2:17-cr-00060-MCE from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000, cosigned by grandparents

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Residential treatment at Well Space, and to the third party custody of Martha Orlando

Issued at Sacramento, California on May 19, 2017 at 2:35 pm

By: _____
Magistrate Judge Carolyn K. Delaney