MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: Mike.Long.Law@msn.com

Attorney for Defendant
BRITTANY MAUNAKEA

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: Cr.S-17-60 MCE |
|---|---|
| Plaintiff, | ) **WAIVER OF APPREARANCE FOR DEFENDANT BRITTANY MAUNAKEA** |
| vs. | ) **Judge: Morrison C. England, Jr.** |
| BRITTANY MAUNAKEA, et al., | ) |
| Defendants | ) |

Defendant BRITTANY MAUNAKEA, hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when ordered by the court to be present.

Defendant BRITTANY MAUNAKEA, hereby requests the court to proceed in her absence. Defendant agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

Defendant further acknowledges that she has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized her undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with her being personally present.

The original signed copy of this document will be kept in Mr. Long's file.

Dated: _____, 2017         Respectfully submitted,

By: BRITTANY MAUNAKEA
Defendant

By: Michael D. Long
Attorney for Defendant
BRITTANY MAUNAKEA

GOOD CAUSE APPEARING, Defendant BRITTANY MAUNAKEA's waiver of personal appearance is accepted by the court.

IT IS SO ORDERED.

Dated: August 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE