MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for BRITTANY MAUNAKEA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:17-cr-00060 MCE-5 |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING SPECIAL CONDITIONS |
| | ) OF RELEASE FOR Ms. MAUNAKEA |
| | ) |
| BRITTANY MAUNAKEA, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Deborah Barnes |

================================)

The parties, including Pre-Trial Services Officer Steve Sheehan, previously stipulated that Ms. Maunakea enter the Mather Program's one-year residential treatment program (through the Volunteers of America).  [See ECF 67, dated August 11, 2017.]  However, the housing had pest problems that were dangerous to Ms. Maunakea's child, so Ms. Maunakea left the program with the approval of PTS Sheehan.  Ms. Maunakea now lives with her grandmother.

The parties hereby stipulate to remove the condition of release that Ms. Maunakea reside at Mather Program's one-year residential treatment program.  The parties further stipulate to re-instate original Special Condition 5, which ordered Ms. Maunakea to reside with her third-party custodian, her grandmother Martha Orlando.

Ms. Maunakea's third party custody order is found at ECF document 13 and her special conditions of pre-trial release are found in ECF document 12.  Original Special Condition 5 ordered Ms. Maunakea to reside with her third-party custodian, her grandmother Martha Orlando.

-1-

Mrs. Orlando is willing to remain a third party custodian and also is agreeable to reinstate the condition ordering Maunakea to reside with her full time.

The parties jointly recommend that the Court reinstate defendant's original condition of release number 5, which currently reads as: "Upon completion of residential treatment, you must reside with your third-party custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."

The parties jointly recommend that the Court delete amended Special Condition 5: "Upon completion of residential treatment, you must reside at a location approved by your pretrial services officer, and you must not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."

Additionally, the parties recommend she <u>no longer</u> be ordered to participate in Pre-Trial Services' cognitive behavior group, Moral Reconation Therapy (MRT). The parties request the Court to delete the previous order for Special Condition 16, which stated: "After your successful completion of residential drug treatment, you must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

Dated: October 13, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Michael D. Long*
　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　Attorney for Brittany Maunakea

Dated: October 13, 2017　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ *Jared Dolan*
　　　　　　　　　　　　　　　　　　　　　JARED DOLAN
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the Ms. Maunakea's Special Conditions of Release (ECF Document 12) is amended as follows:

Special Condition 5 shall read: "Upon completion of residential treatment, you must reside with your third-party custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."

New Special Condition 16 is hereby deleted.

Dated: October 17, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE