MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for BRITTANY MAUNAKEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. 17-60 MCE
         Plaintiff, )
                        ) STIPULATION AND
    v.                    ) ORDER MODIFYING THE SCHEDULE
                        ) FOR Ms. MAUNAKEA'S PRE-SENTENCE
                        ) REPORT
BRITTANY MAUNAKEA, )
                        )
         Defendant. ) Judge: Hon. Morrison C. England, Jr.
==============================)

The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: June 14, 2018

Reply, or Statement of Non-opposition: June 7, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 31, 2018

The Pre-Sentence Report shall be filed with the Court and Disclosed to counsel no later than: May 24, 2018

Counsel's written objections to the Pre-Sentence Report shall be delivered to the probation officer and opposing counsel no later than: May 17, 2018

The proposed Pre-Sentence Report shall be disclosed to counsel no later than: May 3, 2018

-1-

Dated: February 20, 2018          Respectfully submitted,

/s/ *Michael D. Long*

MICHAEL D. LONG
Attorney for Brittany Maunakea


Dated: February 20, 2018          McGREGOR SCOTT
United States Attorney

/s/ *Amy Hitchcock*

AMY HITCHCOCK
Assistant U.S. Attorney

ORDER

Pursuant to the stipulation of the parties and good cause having been shown, the Court hereby orders that the schedule for Ms. Maunakea's pre-sentence report is amended as follows:

Judgment and Sentencing Date: June 14, 2018

Reply, or Statement of Non-opposition: June 7, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 31, 2018

The Pre-Sentence Report shall be filed with the Court and Disclosed to counsel no later than: May 24, 2018

Counsel's written objections to the Pre-Sentence Report shall be delivered to the probation officer and opposing counsel no later than: May 17, 2018

The proposed Pre-Sentence Report shall be disclosed to counsel no later than: May 3, 2018

IT IS SO ORDERED.
Dated: February 21, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE