MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for BRITTANY MAUNAKEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> BRITTANY MAUNAKEA, <br><br>     Defendant. | ) No. 17-60 MCE <br> ) <br> ) STIPULATION AND <br> ) ORDER MODIFYING THE SCHEDULE <br> ) FOR Ms. MAUNAKEA'S PRE-SENTENCE <br> ) REPORT FOR A NEW SENTENCING DATE <br> ) OF AUGUST 16, 2018 <br> ) <br> ) Judge: Hon. Morrison C. England, Jr. |

Defendant Brittany Maunakea is requesting a continuance of her sentencing hearing, which is presently set for June 14, 2018. AUSA Amy Hitchcock, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: August 16, 2018

Reply, or Statement of Non-opposition: August 9, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 2, 2018

The Pre-Sentence Report shall be filed with the Court and Disclosed to counsel no later than: June 28, 2018

Counsel's written objections to the Pre-Sentence Report shall be delivered to the probation officer and opposing counsel no later than: June 21, 2018

The proposed Pre-Sentence Report shall be disclosed to counsel no later than: May 3, 2018

Dated: May 1, 2018						Respectfully submitted,

						/s/ Michael D. Long
						MICHAEL D. LONG
						Attorney for Brittany Maunakea

Dated: May 1, 2018						McGREGOR SCOTT
						United States Attorney

						/s/ Amy Hitchcock
						AMY HITCHCOCK
						Assistant U.S. Attorney

# ORDER

Pursuant ot the parties' stipulation and good cause having been shown, the Court hereby orders that the schedule for Ms. Maunakea's pre-sentence report is amended as follows:

Judgment and Sentencing Date: August 16, 2018

Reply, or Statement of Non-opposition: August 9, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 2, 2018

The Pre-Sentence Report shall be filed with the Court and Disclosed to counsel no later than: June 28, 2018

Counsel's written objections to the Pre-Sentence Report shall be delivered to the probation officer and opposing counsel no later than: June 21, 2018

The proposed Pre-Sentence Report shall be disclosed to counsel no later than: May 3, 2018

IT IS SO ORDERED.

Dated: May 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE