MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for BRITTANY MAUNAKEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 17-60 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER EXONERATING Ms. MAUNAKEA'S |
| | ) UNSECURED APPEARANCE BOND |
| | ) |
| BRITTANY MAUNAKEA, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| ==============================) | |

On August 10, 2018, defendant Brittany Maunakea was sentenced to a term in prison. She self-surrendered at a Bureau of Prisons facility on November 1, 2018.

///

///

///

///

///

///

-1-

As she has self-surrendered to serve her sentence, the government, by and through AUSA Amy Hitchcock, and Defendant Brittany Maunakea, by and through her appointed CJA attorney Michael Long, hereby stipulate that Ms. Maunakea's unsecured appearance bond (ECF document 14) should be exonerated.

Dated: November 2, 2018  Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Brittany Maunakea

Dated: November 2, 2018  McGREGOR SCOTT
United States Attorney

/s/ *Amy Hitchcock*
AMY HITCHCOCK
Assistant U.S. Attorney

ORDER

Pursuant to the stipulation of the parties and good cause having been shown, the Court orders that Ms. Maunakea's unsecured appearance bond (ECF document 14) is hereby exonerated.

IT IS SO ORDERED.

Dated: November 6, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE